UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

RJF INTERNATIONAL CORP, ET AL.,

          Plaintiffs,

   - against -

U.S VINYL MANUFACTURING CORP,
ET AL.,

          Defendants.
----------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 5 2006

06 Civ.4021 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

This case has been designated an electronic case and has been assigned to me for all purposes, it is hereby,

ORDERED as follows:

1. Counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing (http://www.nysd.uscourts.gov/cmecf/cmecfindex.htm).

2. The parties are directed to confer on a Case Management Plan, a copy of which may be found at www.nysd.uscourts.gov/judges/USDJ/crotty.htm. On or before July 19, 2006, the joint proposed Case Management Plan shall be emailed to the Court's Orders and Judgment Clerk, at orders_and_judgments@nysd.uscourts.gov.

3. Any party desiring an Initial Pretrial Conference with the Court may request one by faxing a letter to chambers. The request should state: (1) a brief description of the case; (2) the reason why the party requests a conference; and (3) whether the party's adversary consents.

4. The parties are to familiarize themselves with the Court's Individual Practices, located at www.nysd.uscourts.gov/judges/USDJ/crotty.htm. Please pay close attention to the rules with respect to requests for pre-motion conferences, discovery disputes, and requests for extensions of time.

Dated: New York, New York
       July 05, 2006

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge